# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**295**
**CA 10-02095**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND GREEN, JJ.

---

DANIEL SNYDER, PLAINTIFF-RESPONDENT-APPELLANT,

V                                                                    ORDER

DAWN SNYDER, DEFENDANT-APPELLANT-RESPONDENT.

---

HOGAN WILLIG, AMHERST (GEFFREY GISMONDI OF COUNSEL), FOR DEFENDANT-APPELLANT-RESPONDENT.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (PATRICK C. O'REILLY OF COUNSEL), FOR PLAINTIFF-RESPONDENT-APPELLANT.

---------------------------------------------------------------------------------------------------------

Appeal and cross appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered January 20, 2010.  The order, among other things, denied defendant's motion for a money judgment, pursuant to Domestic Relations Law Section 244, in the amount of $3,500 together with costs and attorneys' fees and denied plaintiff's cross motion for attorney's fees and sanctions.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  March 25, 2011                      Patricia L. Morgan
                                              Clerk of the Court